IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL A.W. BJORLIN,

    Petitioner,                    No. CIV S-05-2095 GEB CHS P

    vs.

ARNOLD SCHWARZENEGGER, et al.,

    Respondents.                <u>ORDER</u>

_____/

        Petitioner is a state prisoner proceeding pro se with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner challenges the March 2, 2005 decision of the Board of Parole Hearings finding him unsuitable for parole. Petitioner's traverse was filed on October 16, 2006. Since that date, there has been no contact with the court. An order reassigning this case was served on petitioner by mail on July 2, 2009. The order was returned as undeliverable. It appears that petitioner may have paroled since his last contact with the court.

        Therefore, IT IS HEREBY ORDERED that each party file a brief status report within 20 days of the date of this order, addressing petitioner's custodial status and whether he has been paroled.

DATED: July 14, 2009.

CHARLENE H. SORRENTINO
UNITED STATES MAGISTRATE JUDGE

1